**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CESAR LEONEL ESCOBAR HERNANDEZ,
Petitioner,

v.                                                    Civil Action No. 1:26-cv-12360-FDS

PATRICIA HYDE, et al.,
Respondents.

**PETITIONER'S EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF PENDING MOTION TO ALTER JUDGMENT**

Petitioner Cesar Escobar Hernandez, through counsel, respectfully moves this Court for expedited consideration and an immediate ruling on Petitioner's pending Motion to Alter Judgment.

In support of this Motion, Petitioner states as follows:

1.  Petitioner's Motion to Alter Judgment is currently pending before the Court.

2.  Petitioner's order of removal is expected to become final on **August 10, 2026**.

3.  Once the removal order becomes final, Petitioner may become subject to removal at any time thereafter.

4.  Because the pending Motion to Alter Judgment seeks relief that may affect Petitioner's continued detention and the Court's prior judgment, prompt consideration is necessary to preserve the Court's ability to afford meaningful relief.

5.  Absent expedited consideration, Petitioner faces the risk of irreparable harm if removal proceedings advance before the Court has ruled on the pending Motion to Alter Judgment.

**WHEREFORE**, Petitioner respectfully requests that this Court:

A. Expedite consideration of Petitioner's pending Motion to Alter Judgment;

B. Issue a ruling on the Motion as soon as practicable in light of the anticipated finality of Petitioner's removal order on August 10, 2026; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully Submitted
**Cesar Escobar Hernandez**, Petitioner
By his lawyer,

*/s/ Joanna Silva Keefe*

Dated: August 6, 2026

_____

**Joanna Silva Keefe**
Massachusetts BBO: 686484
801 C Tremont Street
Boston, MA 02118
Telephone: (617) 820-6079
silvakeefej@yahoo.com